**CLERK'S OFFICE U.S. DIST. COURT**
AT ROANOKE, VA
FILED

**APR 2 7 2011**

JULIA C. _____, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **QUENTIN MCLEAN,**        ) <br>      **Plaintiff,**        ) <br>        ) <br> **v.**        ) <br>        ) <br> **MS. H. MULLINS, et al.,**        ) <br>      **Defendants.**        ) | **Civil Action No. 7:11cv00174** <br><br> **FINAL ORDER** <br><br> **By: Samuel G. Wilson** <br> **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); his motion to proceed in forma pauperis is hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of April, 2011.

_____
United States District Judge